IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

    Plaintiff,

v.

J. HENDRICKSON, S. CUMMINGS,
J. VANLANEN and CHRIS HEIL,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-928-bbc

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/ _____      1/2/2019
Peter Oppeneer, Clerk of Court     Date