P.S. i have a copy of this notice of appeal, in hand written on white lined paper. 9-19-19

DOC NO
REC'D/FILED
2019 SEP 27 AM 11: 21
PETER OPPENEER
CLERK OF US as District
WD OF WI

# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the _Western_
District of _Wisconsin_
File Number _18-CV-68 / 19-2578 / 18-CV-928_

Plaintiff ) Michael, Scott
)
v. ) Notice of Appeal
) J. Perttu, John Kind, S. Eckstein, C. O'Donnell,
Defendant ) b. hompe, G.b.c.i. / D.o.c. / J. hendrickson,
) S. Cummings, Chris heil and J. Vanlanen.

Notice is hereby given that [I (here name all parties taking the appeal), (plaintiffs) (defendants) in the above named case,¹] hereby appeal to the United States Court of Appeals for the _Seventh_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _11th_ day of _September_, 20_19_.

(s) _Michael Scott_
Attorney for [_Pro-Se._]
[Address:_____]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

¹ See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for Docketing Statement (attached)

Dear, clerk of court and court of appeals, i now send you the original appeal form to file with my other appeal filings dated, 8-11-19 back side

2 letters, 1 to the clerk in the western district, and 1 to the clerk at the court of appeals, a 2 page hand written notice of appeal dated, 8-11-19, a 2 page motion to proceed to file the appeal with out paying the filing fees of $5.05- and $500.00, also 1 seventh circuit transcript information sheet filed on 8-15-19, a 6 page plra. fee/mot/memo./ which is a affidavit motion for permission to appeal in forma pauperis. dated 8-20-19, a 3 page docketing statement dated 8-15-19, a four page carbon copy of my brief dated 7-2-19, a 2 page carbon copy of my hand written notice of appeal dated 8-11-19, 1 plra. fee notice and order form dated 8-15-19 that i received from the court of appeals. one notice of case opening form i got from the court of appeals dated 8-15-19, with a few deadlines of filings which are, a docketing statement due on 8-22-19, and a transcript information sheet due on 8-29-19, and a plra. fee/mot/memo. due on 9-16-19, and my request is for the courts to give me an extension on anything in this appeal, at the western district or the court of appeals, as i'm a prisoner with some disability problems that requires for me to ask for appointment of counsel, which i did request in the begining of this case, now from the court of appeals also, and because of my imminent danger of serious injury in my mouth as, its getting so much more damaged, also i need to know where can i get a docketing stating, as i sent the courts a status of case docket sheet, thinking it was a docketing statement, also i'm un-able to pay for the court reporters to prepare all the transcripts i need for this case, so i also ask to let me file that in forma pauperis, and also give me an extension on the transcript and what cover letter that are not completely legible for the court of appeals, also notify me on how and what i have to send the courts in regular mail, and give me and extension of enough time to file that.

P.S. i have a copy of this request for myself.

P.1

9-17-19

From; Michael, Scott 173636
200 wing - 215
G.B.C.I. P.O. box 19033
Greenbay, Wisconsin
54307

To; Judge, Imalana, Crable
Judge's Chambers
U.S.C. Western District of
Wisconsin. 120th Henery St.
Madison, Wisconsin
53703

Dear, Judge Crable i now sending now my notice of appeal original form, dated 9-16-19 for Case #S. 18-CV-68 / 18-CV-928 / 19-2578, that i ask your courts to file with the court of appeals, at clerk of courts, united states court of appeals for the Seventh Circuit. 219 S. Dearborn St. rm. 2722 Chicago, Illinois. 60604. & i had asked there courts for a few extentions in this stage of appeal.

DOC NO
REC'D/FILED
2019 SEP 27 AM 11:21
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Michael, Scott 173636
200 wing-215
Greenbay correctional, institution
P.o. box 19033
Greenbay, wisconsin
54307

GREEN BAY
WI 543
25 SEP '19
PM 3 L

neopost
09/25/2019
US POSTAGE $00.50⁰

FIRST-CLASS MAIL

ZIP 54301
041L11237467

to, Judge, barbara, crabb
Judges chambers.
western district of wisconsin
120 th. henry st.
madison, wisconsin
53703